NOVEMBER 3, 1997

No. 96–1430. UNITED STATES *v.* SCHLEIBAUM. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *United States,* 520 U. S. 461 (1997). 

No. A–269. IN RE BANKS. Ct. App. D. C. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.

No. D–1821. IN RE DISBARMENT OF SIDDIQI. Disbarment entered. [For earlier order herein, see 521 U. S. 1134.]

No. D–1833. IN RE DISBARMENT OF TOBIN. Disbarment entered. [For earlier order herein, see 521 U. S. 1135.]

No. D–1843. IN RE DISBARMENT OF TUCCORI. Lawrence Stanley Tuccori, of Fresno, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on September 29, 1997 [521 U. S. 1148], is discharged.

No. D–1867. IN RE DISBARMENT OF MANN. Stanley B. Mann, of Encino, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.